UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Civil Action No. 2:19-cv-00610-JFB-AYS
ANGEL M. RIVERA, JR.,

                              Plaintiff,

              - against -                    **AFFIDAVIT OF SERVICE**

COUNTY OF SUFFOLK, SUFFOLK COUNTY
POLICE DEPARTMENT, DETECTIVE TIMOTHY
DRAKE, DETECTIVE JESSE ZUCKERMAN and
UNIDENTIFIED SUFFOLK COUNTY POLICE
OFFICERS,

                              Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK    )
                              ) SS.:
COUNTY OF SUFFOLK   )

      I, Cecilia Bonetti, being duly sworn, deposes and states: that I am not a party to this action, am over 18 years of age, and reside in Suffolk County, New York.

      That on the 13th day of February, 2019, I served the within **SUMMONS AND COMPLAINT** upon:

**COUNTY OF SUFFOLK**
Suffolk County Attorney's Office
H. Lee Dennison Building
100 Veterans Memorial Highway
Hauppauge, NY 11788

the address designated by said party(s) or attorney(s) for that purpose:

by personally delivering a true copy of same to **ERIN FITZPATRICK, as Secretary of the Suffolk County Attorney's Office**, at the address so indicated, who stated they are authorized to accept service for **COUNTY OF SUFFOLK**.

                                                      _____
                                                             Cecilia Bonetti

Sworn to before me this
20th day of February, 2019

_____
NOTARY PUBLIC

LAUREN DANTUONO-TAURO
Notary Public, State of New York
No. 02DA6253663
Qualified in Suffolk County
Commission Expires December 27, 20___19